KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
KHolmstrom@LRLaw.com
TODD D. ERB
Nevada Bar No. 12203
TErb@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Lafayette Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME HOLDEN, | Case No. 2:12-cv-00440-KJD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| LAFAYETTE LIFE INSURANCE COMPANY, an Ohio corporation; DOES I through V inclusive; and ROES I through V, inclusive, | |
| Defendants. | |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

-1-

3231979.1

1   DATED this 19th day of December, 2012.

2   LAW OFFICE OF JULIE A. MERSCH           LEWIS AND ROCA LLP

3

4   BY: /s/ Julie A. Mersch                 BY: /s/ Kristina N. Holmstrom
5       JULIE A. MERSCH                         KRISTINA N. HOLMSTROM
        Nevada Bar No. 4695                     Nevada Bar No. 10086
6       1100 East Bridger Avenue                TODD D. ERB
        Las Vegas, Nevada 89101                 Nevada Bar No. 12203
7   Attorney for Jaime Holden                   3993 Howard Hughes Parkway
                                                Suite 600
8                                               Las Vegas, Nevada 89169
                                                Attorneys for Defendant Lafayette Life
9                                               Insurance Company

IT IS SO ORDERED:

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated: Dec 21, 2012

-2-

3231979.1