KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
KHolmstrom@LRLaw.com
TODD D. ERB
Nevada Bar No. 12203
TErb@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Lafayette Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME HOLDEN, | Case No. 2:12-cv-00440-KJD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| LAFAYETTE LIFE INSURANCE COMPANY, an Ohio corporation; DOES I through V inclusive; and ROES I through V, inclusive, | |
| Defendants. | |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

///

///

///

///

-1-

3231979.1

1  DATED this 19th day of December, 2012.

| LAW OFFICE OF JULIE A. MERSCH | LEWIS AND ROCA LLP |
|---|---|
| BY: /s/ *Julie A. Mersch* <br>    JULIE A. MERSCH <br>    Nevada Bar No. 4695 <br>    1100 East Bridger Avenue <br>    Las Vegas, Nevada  89101 <br> Attorney for Jaime Holden | BY: /s/ *Kristina N. Holmstrom* <br>    KRISTINA N. HOLMSTROM <br>    Nevada Bar No. 10086 <br>    TODD D. ERB <br>    Nevada Bar No. 12203 <br>    3993 Howard Hughes Parkway <br>    Suite 600 <br>    Las Vegas, Nevada  89169 <br> Attorneys for Defendant Lafayette Life Insurance Company |

IT IS SO ORDERED:

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated: Dec 21, 2012